JEFFRIES ADVOCATES
ATTORNEY FOR THE PLAINTIFF
  38 Corporate Park, Suite B
  Irvine, CA 92714
  714/474-2055
Attorneys for the Plaintiff




UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff, | COURT NO:92 A 20450 |
| v. | <u>DEFAULT JUDGMENT</u> |
| JANIS NELSON<br>A/K/A JAN NELSON | |
| 　　　　Defendant(s). | |

In the above-entitled action, an affidavit on behalf of the plaintiff satisfying the requirements of Rule 55 having been filed;

IT IS ADJUDGED that the United States of America, plaintiff, do have and recover of and from JANIS NELSON the sum of $5,363.18 as principal, $1,484.48 as accrued prejudgment interest, $779.00 administrative charges, and $58.00 costs, plus $836.00 attorney fees for a total amount of $8,520.66, plus interest at the current rate until entry of judgment.

Judgment to accrue interest at the legal rate until paid.

DATED: JUL 3 0 1992

　　　　　　　　　　　　LEONARD A. BROSNAN, CLERK
　　　　　　　　　　　　U.S. District Court
　　　　　　　　　　　　Central District of California

　　　　　　　　　　　　By: 
　　　　　　　　　　　　　　　Deputy Clerk